JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-6809
    Facsimile: (415) 436-7234
    E-Mail: wendy.thomas@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 04-0010 JCS |
|     Plaintiff, ) | |
| ) | |
|     v. ) | [~~PROPOSED~~] ORDER AND STIPULATION TO CONTINUE SENTENCING FROM AUGUST 22, 2008 TO SEPTEMBER 5, 2008 |
| JOHN H. WALL, ) | |
| ) | |
|     Defendant. ) | |

    Plaintiff United States of America, by and through Special Assistant United States Attorney Wendy Thomas, and defendant John H. Wall, by and through counsel of record Ned Smock, hereby stipulate and agree that sentencing in this matter, currently scheduled for August 22, 2008, be continued to September 5, 2008.

    The reason for this request is that government counsel will be unavailable on August 22, 2008, as she will be out of the state of California on August 22, 2008. Because counsel for the government will be out of town on August 22, 2008, the parties respectfully stipulate and agree that sentencing in this matter be scheduled for September 5, 2008, should this date meet with the

[~~PROPOSED~~[ ORDER AND
STIPULATION CONTINUING SENTENCING
CR 04-0010 JCS

Court's approval. The United States has conferred with U.S. Probation Officer Christine Magnasco and she is also available on September 5, 2008 for the sentencing in this matter.

IT IS SO STIPULATED.

Date: August 18, 2008     _____/s/_____
                          Ned Smock
                          Counsel for Defendant

Date: August 18, 2008     _____/s/_____
                          Wendy Thomas
                          Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: August 18, 2008    _____
                          THE HONORABLE JOSEPH C. SPERO
                          United States Magistrate Judge

**[PROPOSED] ORDER AND
STIPULATION CONTINUING SENTENCING
CR 04-0010 JCS**                  2